IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| _____ : <br> : <br> NOEL MATOS MONTALVO, : <br> : <br> Petitioner, : <br> : <br> v. : <br> : <br> JEFFREY BEARD, Commissioner, : <br> Pennsylvania Department of : <br> Corrections; LOUIS B. FOLINO, : <br> Superintendent of the State : <br> Correctional Institution at Greene; and : <br> MARIROSA LAMAS, Superintendent : <br> of the State Correctional Institution at : <br> Rockview, : <br> Respondents. : <br> _____ : | CIVIL ACTION <br><br> No. 3:09-CV-00783 <br> (Honorable James M. Munley) <br><br> **THIS IS A CAPITAL CASE** |

**STATUS REPORT PURSUANT TO THIS COURT'S
DECEMBER 5, 2013 ORDER**

Petitioner, NOEL MATOS MONTALVO, through counsel, respectfully

provides this Court with the following status report, as required by this Court's

Order of December 5, 2013:

1

1.	On December 4, 2013, Judge Bortner of the York County Court of Common Pleas denied Petitioner relief on his post-conviction relief act petition.

2.	Briefing in the Pennsylvania Supreme Court was completed on June 26, 2014.

3.	On April 27, 2015, the Pennsylvania Supreme Court vacated the PCRA court's order denying relief and remanded back to the PCRA court for further proceedings, based on the failure of the PCRA court to make any credibility determinations, findings of fact, or legal conclusions regarding Petitioner's PCRA claims, though ten expert and lay witnesses testified at the PCRA hearing (Opinion attached as Exhibit A).  Recognizing the trial judge before whom the previous evidentiary hearings were conducted is no longer on the bench, the Pennsylvania Supreme Court has authorized the Court of Common Pleas to conduct additional hearings and admit evidence, as needed to resolve the claims.   The matter is currently pending before the PCRA court.

4. Undersigned counsel continue to review the state court proceedings to determine the impact on Petitioner's federal statute of limitations and the merits of his federal habeas claims.

Respectfully Submitted,

s/ MARSHALL DAYAN
MARSHALL DAYAN, ESQUIRE
Assistant Federal Public Defender
Attorney ID PA 207908
Federal Public Defender
Western District of Pennsylvania
Capital Habeas Unit
1450 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222
(412) 644-6565
(Marshall_Dayan@fd,org)

s/ BETH ANN MUHLHAUSER
BETH ANN MUHLHAUSER, ESQUIRE
Asst. Federal Public Defender
Attorney ID PA 74181
Federal Public Defender
Middle District of Pennsylvania
Capital Habeas Unit
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
(717) 782-3843
(Beth_Muhlhauser@fd.org)

Dated: May 22, 2015

# CERTIFICATE OF SERVICE

    I, Beth Ann Muhlhauser, Esquire, hereby certify that on this date, I caused the foregoing status report to be served on the following person:

<u>VIA Electronic Case Filing</u>

Jennifer A. Peterson, Esquire
Office of the Attorney General
State of Pennsylvania
16th Floor - Strawberry Square
Capital Litigation Unit
Harrisburg, PA 17120
jpeterson@attorneygeneral.gov


                                                    s/ BETH ANN MUHLHAUSER
                                                  Beth Ann Muhlhauser, Esquire


Dated: May 22, 2015